OF SOCIAL SERVICES, Respondent. (Appeal No. 1.) [643 NYS2d 455] —Appeal unanimously dismissed without costs (see, Matter of Lisa E. [appeal No. 1], 207 AD2d 983). (Appeal from Order of Niagara County Family Court, Crapsi, J.—Child Abuse.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ In the Matter of MONICA W., a Child Alleged to be Abused. JEFFREY W., Appellant; NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [643 NYS2d 456] —Appeal unanimously dismissed without costs (see generally, Matter of Lisa E. [appeal No. 1], 207 AD2d 983). (Appeal from Order of Niagara County Family Court, Crapsi, J.—Set Aside Order.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER A. POLK, Appellant. (Appeal No. 1.) [643 NYS2d 837] —Judgment unanimously affirmed. Memorandum: Defendant contends that his pleas of guilty under both indictments, on which he was represented by two different assigned counsel, must be vacated because he was denied effective assistance of counsel under one of the indictments at the plea proceedings. We disagree. Prior to sentencing, defendant made a motion to withdraw his guilty pleas on the ground that he was denied effective assistance of counsel. County Court, in accordance with this Court's decision in People v Kellar (213 AD2d 1063), properly assigned a different attorney to represent defendant before determining defendant's motion. The court did not abuse its discretion in denying defendant's renewed motion to withdraw the guilty pleas (see, People v Tinsley, 35 NY2d 926, 927; People v Witcher, 222 AD2d 1016; People v Rodriguez, 150 AD2d 812, 813, lv denied 74 NY2d 818). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Robbery, 2nd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER A. POLK, Appellant. (Appeal No. 2.) [643 NYS2d 463] —Judgment unanimously affirmed. Same Memorandum as in People v Polk (227 AD2d 985 [decided herewith]). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Robbery, 2nd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE HENLEY, Appellant. [643 NYS2d 449] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093,